# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

MATTHEW D. HORRIGAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:14-MJ-2122

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Kimberly A. Swank_
Signature of Judge

KIMBERLY A. SWANK     US Magistrate Judge
Name of Judge     Title of Judge

11/10/2016
Date